IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY LIGHTFOOT,<br><br>                    Plaintiff,<br><br>v.<br><br>P. NICKERSON, et al.,<br><br>                    Defendants. | C 06-5619 CRB (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST FOR A NEW DEADLINE TO FILE A DISPOSITIVE MOTION |

    Defendants withdrew their motion to dismiss (filed on July 13, 2007) and filed a request for a new deadline of September 28, 2007 to file a dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

    IT IS HEREBY ORDERED that Defendants' request for a new deadline of September 28, 2007 to file a dispositive motion is GRANTED. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than thirty days after Defendants serve Plaintiff with the motion. Defendants' reply brief shall be filed within fifteen days of the date on which Plaintiff serves them with the opposition.

Dated: _____08/16/07_____

The Honorable Charles R. Breyer
United States District Judge

[Proposed] Order Granting Defs.' Req. Disp. Mot. Deadline

Lightfoot v. P. Nickerson, et al.
Case No. C 06-5619 CRB (PR)

1